# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 106 MM 2014
:
Respondent :
:
:
:
v. :
:
:
:
BRAHEEM KAMEIL BIVENS, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. See Pa.R.Crim.P. 904. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

Mr. Justice Stevens notes his dissent and would direct negligent counsel to file a Petition for Allowance of Appeal within 48 hours of this order.